# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

TEARRE WILLIAMS,

                     Plaintiff,

     -against-

CHRISTOPHER MILLS and JUDGE CLOTT,
                   Defendants.

---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/2021

21 **CIVIL** 4207 (KPF)

# **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 19, 2021, the Court dismisses this action. Specifically, the Court dismisses Plaintiff's claims under 42 U.S.C. § 1983 as frivolous and under the doctrines of judicial and prosecutorial immunity, as well as under the doctrine of Younger abstention. The Court also dismisses Plaintiff's claims for habeas corpus relief under 28 U.S.C. § 2241 without prejudice. Because the complaint makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253. The Court further certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Judgment is hereby entered.

**Dated:** New York, New York
       May 19, 2021

                                   **RUBY J. KRAJICK**

                                   **Clerk of Court**

         **BY:**

                                   **Deputy Clerk**